PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _Western_ **DISTRICT OF TEXAS**
_____ **DIVISION**

OCT 2 4 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
~~DEPUTY~~

_Thomas Kidd 1977677_
Plaintiff's Name and ID Number

_Connaly Unit_
_899 Fm Rd 632 Kennedy, TX 78119_
Place of Confinement

CASE NO. _5:18 cv 973 DAE_
(Clerk will assign the number)

v.

_Aurelio Aguilar Jr_
_899 Fm Rd 632 Kennedy, TX 78119_
Defendant's Name and Address

_Thomas, Luna_
_899 Fm Rd 632 Kennedy, TX 78119_
Defendant's Name and Address

_Moreno, Esmere J, 100 M_
_1525 Fm 766 Cuelo, TX 77954_
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

TDCJ-10

II.     PLACE OF PRESENT CONFINEMENT: Connally Unit 899 Fm Rd 632 Kennedy, TX 78119

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ___YES /NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Thomas Kidd     899 Fm Rd 632 Kennedy, TX 78119

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Aurelio Aguilar Jr lieutenant of corr off    Connally Unit 899 Fm Rd 632 Kennedy, TX 78119    TDCJ-10

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

intentionly had me doing an unassigned Job where I had no training

Defendant #2: Thomas, Luna    Sergeant of corr off    connally unit 899 Fm Rd 632 kennedy, TX 78119    TDCJ

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Delibrately put me in harm by forcing me to do an unassigned unsafe Job

Defendant #3: C Smere,JilDo, M. Moreno Captain of corr officers TDCJ @ Stephenson unit 899 Fm Rd 632 1525 Fm Rd 766 Cuelo, TX 77954

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Knowingly intentionly was Aware of my health n The unsafe Job he forced me to do

Defendant #4: Andrew C. Saenz correction officer 3 connally Unit 899 Fm Rd 632 kennedy, TX 78119    TDCJ

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Did not Supervise The unsafe work area I was in When I needed help

Defendant #5: Ronald @ Givens Senior Warden connally Unit 899 Fm Rd 632 Kennedy, TX 78119 TDCJ

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Culpable had knowledge of the unsafe acts e officer put me in dang

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 8/19/2018 I broke my hand doing A Unsafe And Unassigned Job in which I was forced to do After I notified ranking officials here At The Connally unit I Also Advised Them I had no trainging At this Job And A medical restriction of no food service period. I was Assigned As A groundskeeper They forced me to do The Slop barrels which is Back gate Janitor or food service workers Job I was intimidated into doing This by Thomas Luna, Aurelio Aguilar JR, esmerecJildo M, moreno, Andrew E, Saenz, And Ronald givens The Warden I wrot him I-60s delivered A Written & Verbal statement to Capt, Moreno on 8-17-18

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award The plaintiff 3.5 million dollars for pain & suffering Tort claims And officers putting me in deliberate unsafe Act & These Officers be terminated

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Thomas Ray Kidd

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1826583   2123166   1977677

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?  _____YES ✓ ____NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division): _____

   2.  Case number: _____

   3.  Approximate date warning was issued: _____

Executed on: _____
               DATE

_Thomas Kidd_
_____
          (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __10th__ day of __October__, 20 __18__.
           (Day)                    (month)              (year)

_Thomas Kidd_
_____
          (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# eXHAUStion of grievance Procedure

I filed a grievance on 8/22/18 its 10/10/18 today I haven't heard Anything Back from The unit Grievance officer I've written the I-Co's but no response yet I believe it is being to done purposely They Ale Susspose To let me know if A extension is needed nothing has happend

Thomas kidd
1977677

To whom it concerns This unit in Stalling me from Accessing The lAU library I've been putting in request To go make copies And getting The record of my Trust fund Account I have not exhausted The grievance process I have Just recieved A notice That They TDCJ needs an additional 40 days to review my grievance I am Asking And praying The courts grant me n extension to complete The whole proccess, Thank you for your Time & effort in This matter im sorry I didn't know I had Todo The whole grievance procedure please allou me more time.

Thai lai 1972677

10/21/18

ATTN: Clerk

Thomas kidd 1977677
Connally Unit
699 Fm Rd 632
Kennedy, TX 78119

RECEIVED legal mail

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
OCT 24 2018
DEPUTY CLERK

CV3

78206-110675

US District Court western District of Texas
US District clerks office
655 east durango Blvd Rm665
San Antonio, TX 78206